CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| EARL RONALD JOHNSON | Civil Action No. 7:11CV00177 |
| Plaintiff, | |
| vs. | **FINAL ORDER** |
| MR. J. GARMAN, ET AL., | By: Samuel G. Wilson |
| Defendant(s). | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A and the action is stricken from the active docket.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 17th day of June, 2011.

_____
United States District Judge